UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23004-CMA

HELEN SWARTZ, Individually

    Plaintiff,
vs.

SETAI HOTEL ACQUISITION, LLC,
a Delaware Limited Liability Company,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, SETAI HOTEL ACQUISITION, LLC ("Setai" or "Defendant"), by and through its undersigned counsel and pursuant to the Court's August 4, 2020 Order Requiring Scheduling Report and Certificate of Interested Parties [D.E. #5] and the Court's September 1, 2020 Order [D.E. #12], hereby discloses the name of each person, associated person, firm, partnership, and corporation that has a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    Helen Swartz – Plaintiff

    Setai Hotel Acquisition, LLC – Defendant

    Nakash Properties LLC – owns 100% interest in Defendant

    Joseph Nakash 2005 Trust – owns 33 1/3% interest in Nakash Properties LLC

    Avi Nakash 2005 Trust – owns 33 1/3% interest in Nakash Properties LLC

    Ralph Nakash 2005 Trust – owns 33 1/3% interest in Nakash Properties LLC

    Abbey Hotel Acquisition LLC – subsidiary of Nakash Properties LLC

    BPI Lux - owns 100% interest in Defendant's trademark, "Setai US"

    MG Overseas Ltd. – owns 100% interest in BPI Lux

    Lawrence A. Fuller, Esq. - Counsel for Plaintiff

-2-

Fuller, Fuller & Associates, P.A. – Counsel for Plaintiff

Gordon Rees Scully Mansukhani – Counsel for Defendant

Robin Taylor Symons, Esq. – Counsel for Defendant

Eric Thompson, Esq. – Counsel for Defendant

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 2nd day of September 2020.

By:     *s/ Eric R. Thompson*
Eric R. Thompson
Ethompson@grsm.com
Florida Bar No. 888931
Robin Taylor Symons
Rsymons@grsm.com
Florida Bar No. 356832
**GORDON REES SCULLY MANSUKHAN**I
 Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL  33131
Telephone: (305) 428-5312
Facsimile:  (877) 644-6209
*Attorneys for Defendant*
*Setai Hotel Acquisition, LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys identified on the following Service List.

                *s/ Eric R. Thompson*
                Eric R. Thompson, Esq.
                FBN 888931

**Service List**
Lawrence A. Fuller, Esq.
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
Miami Beach, FL 33181
*Attorneys for Plaintiff*