UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:20-cv-23004-CIV-ALTONAGA/Goodman

HELEN SWARTZ, Individually, :
　:
　　　Plaintiff, :
vs. :
　:
SETAI HOTEL ACQUISITION, LLC, :
a Delaware Limited Liability Company, :
　:
　　　Defendant. :
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties subject to execution of the settlement agreement and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.  Accordingly, it is respectfully requested that any and all hearings and deadlines be suspended.

Dated:  October 28, 2020                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Lawrence A. Fuller*
　　　　　　　　　　　　　　　　　　　　　　　Lawrence A. Fuller, Esq. (FBN 0180470)
　　　　　　　　　　　　　　　　　　　　　　　FULLER, FULLER & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　　　　　　　　12000 Biscayne Blvd., Suite 502
　　　　　　　　　　　　　　　　　　　　　　　North Miami, FL 33181
　　　　　　　　　　　　　　　　　　　　　　　(305) 891-5199
　　　　　　　　　　　　　　　　　　　　　　　(305) 893-9505 - Facsimile
　　　　　　　　　　　　　　　　　　　　　　　lfuller@fullerfuller.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Helen Swartz

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of October, 2020, a true and correct copy of the foregoing was filed via CM/ECF, which will automatically notice Counsel for the Defendant:

Eric Robert Thompson, Esq.
Gordon & Rees LLP
100 SE 2nd Street - Suite 3900
Miami, FL 33131
ethompson@gordonrees.com

Respectfully submitted,

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (FBN 0180470)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

Counsel for Plaintiff Helen Swartz