UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:20-cv-23004-CIV-ALTONAGA/Goodman

HELEN SWARTZ, Individually,  :
:
        Plaintiff,  :
vs.  :
:
SETAI HOTEL ACQUISITION, LLC,  :
a Delaware Limited Liability Company,  :
:
        Defendant.  :
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Lawrence A. Fuller* | */s/ Eric Robert Thompson* |
| Lawrence A. Fuller, Esq., (FBN 0180470) | Eric Robert Thompson, Esq |
| Fuller, Fuller & Associates, P.A. | Robin Taylor Symons, Esq.. |
| 12000 Biscayne Blvd., Suite 502 | Gordon Rees Scully Mansukhani |
| North Miami, FL 33181 | 100 SE 2nd Street - Suite 3900 |
| Telephone: (305) 891-5199 | Miami, FL 33131 |
| Facsimile:  (305) 893-9505 | Telephone:  (305) 428-5300 |
| lfuller@fullerfuller.com | Facsimile:   (877) 644-6209 |
| | rsymons@grsm.com |
| Dated:  November 16, 2020 | ethompson@grsm.com |
| | Dated:  November 16, 2020 |